UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No.:  11md02295 JAH - BGS<br><br>Member cases:<br>    All member cases<br><br>**ORDER VACATING HEARING** |

After a careful review of the parties' submissions, the Court deems Defendant's motion stay (Doc. No. 737) suitable for adjudication without oral argument.  See CivLR 7.1 (d.1).  Accordingly, IT IS HEREBY ORDERED the motion is taken under submission without oral argument and the hearing set for December 10, 2018 is VACATED.  The Court will issue an order in due course.

DATED:    December 3, 2018

_____
JOHN A. HOUSTON
United States District Judge

1

11md02295 JAH - BGS